

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-17-00118-CR

Roxanne Y. **CHAVEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0769
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The State filed its brief on December 29, 2017; Appellant's reply brief is due on January 18, 2018. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed a motion for extension of time to file the reply brief until January 22, 2018.

Appellant's motion is GRANTED. *See id.* R. 38.6(d). Appellant's reply brief is due on January 22, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.

_____
Keith E. Hottle
Clerk of Court